UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNETTE CADET, | CASE NO. C19-1953JLR |
| Plaintiff, | ORDER |
| v. | |
| SNOQUALMIE CASINO, et al., | |
| Defendants. | |

Before the court is *pro se* Plaintiff Annette Cadet's motion to reopen this case. (Mot. (Dkt. # 27).) The court dismissed Ms. Cadet's claims and entered judgment against her in November 2020 because she failed to establish that the court had subject matter jurisdiction over her claims. (*See* 11/19/20 Order (Dkt. # 25); Judgment (Dkt. # 26).) Ms. Cadet did not appeal the court's judgment (*see generally* Dkt.), and her deadline to do so expired on December 21, 2020, *see* Fed. R. App. P. 4(a)(1)(A); Fed. R. App. P. 26(a)(1). Moreover, Ms. Cadet's filing fails to explain why the court has jurisdiction over her claims. (*See generally* Mot.) The court therefore DENIES Ms. Cadet's motion

ORDER - 1

1  (Dkt. # 27) and DIRECTS the Clerk not to accept any additional filings from Ms. Cadet

2  in this matter.

3        Dated this 7th day of October, 2024.

                                            JAMES L. ROBART
                                            United States District Judge

ORDER - 2